**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: September 24, 2009**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22254/0085130607

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Lou Ann Glentz<br>　　　　Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br><br>Lou Ann Glentz, Debtor, Maureen Gaughan, Trustee.<br><br>　　　　Respondents. | No. 0:09-BK-20514-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 29, 2008 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Lou Ann Glentz has an interest in, further described as:

> The lend referred to In this policy is situated in the State of AZ, County of MOHAVE, City of KINGMAN and described as follows:
>
> Lot 10, Block 1, Fripps Ranch Tract 1964-C, according to the plat recorded April 1, 2004 at Fee No. 2004-28889, records of Mohave County, Arizona.
>
> Except all oil, gas, other hydrocarbon substances, helium, or other substances of a gaseous nature, cool metals, fossils, fertilizer of every name and description, together withh all uranium, thorium or any other matarial which Is or maybe determined by the laws of the United States, or of this State, or decisions of court, to be peculiarly essential to the production of fissionable materials, whether or not or commercial value and the exclusive right thereto, on in or under the above described lands,shall be and remain and are hereby reserved in and retained by the State of Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT